# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-964
_____

FIDEL PEREZ GONI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

March 26, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Fidel Perez Goni, pro se, Appellant.

Beverly Brewster and Gayla Grant, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.